October 4, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH W. ISAAC, Appellant

NO. 14-16-00689-CV                    V.

CONSTANCE BURNSIDE, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 2, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kenneth W. Isaac.

We further order this decision certified below for observance.